SO ORDERED.

Dated: September 3, 2019

_____
Eddward P. Ballinger Jr., Bankruptcy Judge

David A. Birdsell, Chapter 7 Trustee
216 North Center
Mesa, AZ 85201
(480) 644-1080 / (480) 644-1082 (fax)

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| BELTRAN, ZARAHI MONDACA | ) Case No. 17-06227-EPB |
| Debtor(s). | ) ORDER FOR PAYMENT OF ) UNCLAIMED FUNDS TO THE ) U.S. BANKRUPTCY COURT |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount $4,074.75 to the Clerk of the Court to pursuant to Bankruptcy Rule 3010, and §347 of the Code.

_____
Date

_____
EDDWARD P. BALLINGER JR.
UNITED STATES BANKRUPTCY JUDGE